

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00236-CV

| | | |
|---|---|---|
| CTL/Thompson Texas, LLC | § | From the 431st District Court |
| | § | of Denton County (2011-10364-16) |
| v. | § | March 26, 2015 |
| | § | Opinion by Justice Walker |
| Starwood Homeowner's Association, Inc. | § | Dissent by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant CTL/Thompson Texas, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
     Justice Sue Walker